ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…

## USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70060100000109439901

Remove ✕

Your item has been delivered to an agent for final delivery in ROCKVILLE, MD 20850 on February 1, 2021 at 11:32 am.

Feedback

### ✓ Delivered to Agent

February 1, 2021 at 11:32 am
Delivered to Agent for Final Delivery
ROCKVILLE, MD 20850

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

### Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback