UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL URBAN LEAGUE, *et al.*,<br>   Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>   Defendants. | Civil Action No. 1:20–cv–03121–APM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, hereby give notice of their voluntary dismissal of the above-captioned action (the "Action") without prejudice.

1. On October 29, 2020, Plaintiffs filed a Complaint for Declaratory and Injunctive Relief (Dkt. No. 1). On January 11, 2021, Plaintiffs filed an Amended Complaint for Declaratory and Injunctive Relief (Dkt. No. 18).

2. No Defendant has served an answer or moved for summary judgment.

3. Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that so long as the opposing party has not yet served either an answer or motion for summary judgment, a plaintiff may voluntarily dismiss its case without a court order by filing a notice of dismissal.

4. Plaintiffs hereby give such notice of voluntary dismissal.

5. Accordingly, this Action should be dismissed without prejudice. *See, e.g.*, *Little v. Trott & Trott, P.C.*, No. 09 Civ. 882, 2009 WL 4827441, at *1 (D.D.C. Dec. 14, 2009) ("As such,

Plaintiff's complaint is automatically DISMISSED WITHOUT PREJUDICE without the need for a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).") (emphasis in original).

DATED: June 15, 2021

Respectfully submitted,

/s/ Samuel Spital
JANAI NELSON*
(N.Y. Reg. No. 2851301)
SAMUEL SPITAL
(D.C. Bar No. NY0248)
JIN HEE LEE*
(N.Y. Reg. No. 3961158)
AMBER MICOLE KOONCE*
(N.Y. Reg. No. 5733035)
NAACP Legal Defense & Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, New York 10006
Phone: (212) 965-2200
Fax: (212) 226-7592
sspital@naacpldf.org

AJMEL A. QUERESHI
(D.C. Bar No. 1012205)
NAACP Legal Defense & Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Phone: (202) 216-5574
Fax: (202) 682-1312

JOHN HARDING
(D.C. Bar No. 1028734)
Winston & Strawn, LLP
1901 L Street NW
Washington, DC 20036
Phone: (202) 282-5774
Fax: (202) 282-5100

MICHAEL B. JOHNSON*
(Texas Bar No. 00790975)
Winston & Strawn, LLP
2121 N. Pearl Street, Suite 900
Dallas, TX 75201
Phone: (214) 453-6415
Fax: (212) 453-6400

*Admitted pro hac vice

*Counsel for Plaintiffs National Urban League, National Fair Housing Alliance, and American Association for Access, Equity and Diversity*